NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8341
    Facsimile: (213) 894-7819
    E-mail: louisa.kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HEIDI LYNN JACKSON, <br><br> Defendant. | No. 2:18-cv-9483 <br><br> [02-cr-581-AHM-1] <br><br> **UNITED STATES OF AMERICA'S <u>APPLICATION</u> FOR ISSUANCE OF** <br><br> **WRIT OF CONTINUING GARNISHMENT TO GARNISHEE FAME ASSISTANCE CORPORATION [28 U.S.C. § 3205(b)]** <br><br> **AND** <br><br> **CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Heidi Lynn Jackson*, 02-cr-581-AHM-1.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On January 31, 2003, the Court entered an order imposing the following criminal judgment debt against defendant-judgment debtor Heidi Lynn Jackson:

- Restitution: $340,560.00
- Special assessment: $100.00

Heidi Lynn Jackson's Social Security Number is XXX-XX-9754, and she resides in Hawthorne, California.  As of November 8, 2018, Heidi Lynn Jackson's criminal debt balance is $318,638.00.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee Fame Assistance Corporation is believed to owe or will owe, money or property to Defendant, or is in possession of property (such as nonexempt disposable earnings) of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that Fame Assistance Corporation pays nonexempt disposable earnings to Heidi Lynn Jackson.  By and through this Writ of Garnishment, the United States seeks to garnish 25% of Heidi Lynn Jackson's disposable earnings for each pay period that Fame Assistance Corporation owe or will owe, money or property to Heidi Lynn Jackson.  28 U.S.C. § 3205 (b)(1)(C); see also 15 U.S.C. § 1673.  Disposable earnings are calculated after applicable federal, state, and local taxes are deducted from Heidi Lynn Jackson's gross earnings.  15 U.S.C. §1672(b).  The name(s) and address(es) of Garnishee(s) or the Garnishee(s)'s authorized agent are/is:

**Fame Assistance Corporation**
**1968 W. Adams Blvd.**
**Los Angeles, California 90018**

Dated: November 8, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　NICOLA T. HANNA
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　DAVID M. HARRIS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Chief, Civil Division
　　　　　　　　　　　　　　　　　　INDIRA J. CAMERON-BANKS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Chief, Financial Litigation Section

　　　　　　　　　　　　　　　　　　　/s/ *Louisa O. Kirakosian*
　　　　　　　　　　　　　　　　　　LOUISA O. KIRAKOSIAN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　United States of America